## MOTION DOCKET

**90–177.  State v. Hill.**
Trumbull App. Nos. 3720 and 3745.  On motion for stay pending disposition of delayed reconsideration

in the court of appeals. Motion denied.

Moyer, C.J., and F.E. Sweeney, J., dissent and would grant thirty days.